**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

PAMELA ARVIE                                        CIVIL ACTION NO. 21-4253

VERSUS                                              JUDGE S. MAURICE HICKS, JR.

MAUREEN KARTH, ET AL.                               MAGISTRATE JUDGE HANNA

**JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation.   After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this matter is **REMANDED** to the 15th Judicial District Court, Lafayette Parish, Louisiana, for lack of subject-matter jurisdiction, consistent with the report and recommendation.

**THUS DONE AND SIGNED,** at Shreveport, Louisiana, this 24th day of March, 2022.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT